UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL D. MALIK and )
DANIEL JACOB MALIK, )
                                    )
Plaintiffs, )
                                    ) CIVIL ACTION NO. 2:06-cv-1238
v. )
                                    )
DOMINION SAVINGS PLAN; et al. )
                                    )
Defendants. )

## DISMISSAL ORDER
## FOR DEFENDANT AFFILIATED COMPUTER SERVICES, INC.

IT IS HEREBY stipulated and agreed by and between Plaintiffs and Defendant Affiliated Computer Services, Inc., by and through their respective counsel and as evidenced by their signatures on this Order, that Plaintiffs' claims and causes of action set forth in their Complaint are hereby dismissed without prejudice as to Defendant Affiliated Computer Services, Inc., each party to bear its own costs.

On stipulation of the parties, IT IS HEREBY ORDERED that the captioned case be, and hereby is, dismissed as to Affiliated Computer Services, Inc. only, without prejudice, each party to bear its own costs.

The Clerk is DIRECTED to forward a copy of this Order upon entry to all counsel of record.

ENTERED this 10th day of NOV, 2006.

_____
JUDGE