UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL D. MALIK and<br>DANIEL JACOB MALIK,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINION SAVINGS PLAN; et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:06-cv-1238<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANT DOMINION PEOPLES GAS UNION SAVINGS PLAN'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ASSERT A CROSS-CLAIM

THIS CAUSE having come before this Court on Defendant Dominion Peoples Gas Union Savings Plan's Motion for Leave to Amend its Answer, and this Court having considered the pleadings of record and the arguments of counsel, has summarily determined that the Defendant is entitled to Amend its Answer.

IT IS, THERFORE, ORDERED, ADJUGED AND DECREED that Defendant's Motion for Leave to Amend its Answer pursuant to Rule 15(a) and Rule 13(g) of the Federal Rules of Civil Procedure is GRANTED.

ENTER: 2 / 1 / 07

_____
Honorable Gary L. Lancaster
United States District Court Judge