UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL D. MALIK, *et al.*,  )
                             )
　　Plaintiffs,               )   Civil Action No. 2:06-cv-1238
                             )
v.                           )
                             )
DOMINION SAVINGS PLAN, *et al.*, )
                             )
　　Defendants and Cross Claim Plaintiffs )
                             )
v.                           )
                             )
KATHLEEN M. THOMAS,          )
                             )
　　Cross Claim Defendant    )

### DISMISSAL ORDER FOR DEFENDANT
### DOMINION PEOPLES GAS UNION SAVINGS PLAN, INC.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiffs and Defendant/Cross-Claim Plaintiff, whose proper name is Dominion Peoples Gas Union Savings Plan ("Dominion"), by and through their respective counsel and as evidenced by their signatures on this Order, that Plaintiffs' claims and causes of action against Dominion are hereby dismissed with prejudice, each party to bear their own costs. This dismissal shall not foreclose or limit Dominion's right to pursue the collection of the default judgment entered by this Court on June 4, 2007, against Defendant/Cross-Claim Defendant Kathleen M. Thomas. [Docket No. 20]. Accordingly, on stipulation of the parties:

It is ORDERED that Plaintiffs' claims against Dominion in the above-captioned case be, and hereby are dismissed with prejudice, each party to bear its own costs.

ENTERED this 19 day of June, 2007.

_____
Honorable Gary L. Lancaster
United States District Court Judge

WE ASK FOR THIS:

_____
Mark E. Sorice, Esq.
Pa. Id. No. 39649
Stewart, McArdle, Sorice, Whalen,
Farrell, Finoli & Cavanaugh, LLC
229 South Maple Avenue
Greensburg, PA 15601
*Counsel for the Plaintiffs*


_____
Gordon W. Schmidt, Esq.
Pa. Id. No. 21265
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
*Counsel for Defendant Dominion Peoples Gas Union Savings Plan*